- 1 -

ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SANDEEP SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>SANDEEP SINGH,<br><br>Defendant. | Case No.: CR-F-07-0139 AWI<br><br>STIPULATION TO TRAVEL |

IT IS HEREBY STIPULATED between the Defendant, SANDEEP SINGH, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kathleen A. Servatius, that the Court allow the Defendant to travel to India to tend to family business from January 3, 2008 – February 11, 2008.

Respectfully Submitted:

DATED:   December 14, 2007

    /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI,
Attorney for Defendant

DATED:   December 14, 2007

                    /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS,
Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED**:  Good cause having been shown, it his hereby ordered that the Defendant, SANDEEP SINGH, be allowed to leave the Eastern District of California to travel to India from January 3, 2008 to February 11, 2008 to tend to family business.

IT IS SO ORDERED.

**Dated:**   **December 14, 2007**                 **/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE