- 1 –

ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
SANDEEP SINGH

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SANDEEP SINGH,<br><br>　　　　Defendant. | Case No.: CR-F-07-0139 AWI<br><br>DEFENDANT'S REQUEST CONTINUE STATUS CONFERENCE AND PROPOSED ORDER |

　　　Defendant, SANDEEP SINGH, by and through his attorney, ANTHONY P. CAPOZZI, hereby requests a continuance of one week from March 3, 3008 at 11:00 a.m. to March 10, 2008 at 11:00 a.m. for his Status Conference.
　　　This request is made because Mr. Capozzi must leave the state for an urgent matter and will not be returning until the evening of Wednesday, March 5, 2008.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:　　　February 28, 2008

　　　　　　　　　　　　　　　　　　　　　／s/ Anthony P. Capozzi
　　　　　　　　　　　　　　　　　　　　ANTHONY P. CAPOZZI
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　SANDEEP SINGH

**ORDER**

**IT IS SO ORDERED**: Good cause having been shown, it his hereby ordered that Defendant, SANDEEP SINGH's Status Conference be continued from Monday, March 3, 2008 to Monday, March 10, 2008 at 11:00 a.m.

DATED:     February 28, 2008

HONORABLE ANTHONY W. ISHII
U.S. District Court Judge