ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SANDEEP SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    vs.<br>SANDEEP SINGH,<br><br>       Defendant. | Case No.: CR-F-07-0139 AWI<br><br>STIPULATION TO TRAVEL |

   IT IS HEREBY STIPULATED between the Defendant, SANDEEP SINGH, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kathleen A. Servatius, that the Court allow the Defendant to travel to Canada to attend a family wedding from August 29, 2008 – September 2, 2008.

                                                                                    Respectfully Submitted:

DATED:       August 26, 2008

                                                                                        /s/ Anthony P. Capozzi
                                                                                    ANTHONY P. CAPOZZI,
                                                                                    Attorney for Defendant


DATED:       August 26, 2008

                                                                                        /s/ Kathleen A. Servatius
                                                                                    KATHLEEN A. SERVATIUS,
                                                                                    Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED**:  Good cause having been shown, it his hereby ordered that the Defendant, SANDEEP SINGH, be allowed to leave the Eastern District of California to travel to Canada from August 29, 2008 – September 2, 2008 to attend a family wedding.

IT IS SO ORDERED.


**Dated:   August 27, 2008**                     /s/ **Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE