ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
SANDEEP SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-07-0139 AWI |
| Plaintiff, | STIPULATION TO CONTINUANCE OF STATUS CONFERENCE AND ORDER THEREIN |
| vs. | |
| SANDEEP SINGH, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, SANDEEP SINGH, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Kathleen A. Servatius, that the Status Conference now set for Monday, September 22, 2008 be continued to Monday, November 10, 2008 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1

    a.    Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

    b.    Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

                      Respectfully submitted,

Dated: September 18, 2008

                      /s/ Anthony P. Capozzi
                      Anthony P. Capozzi,
                      Attorney for Defendant,
                      SANDEEP SINGH

Dated: September 18, 2008

                      /s/ Kathleen A. Servatius
                      Kathleen A. Servatius,
                      Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED. Good cause having been shown, the Status Conference set for Monday, September 22, 2008 is vacated and continued to Monday, November 10, 2008 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:**   **September 19, 2008**          /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE