ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SANDEEP SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-07-0139 AWI |
| Plaintiff, | STIPULATION TO MODIFY |
| vs. | CONDITIONS OF RELEASE |
| SANDEEP SINGH, | |
| Defendant. | |

///

///

///

IT IS HEREBY STIPULATED between the Defendant, SANDEEP SINGH, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Elana Landau, that the defendant's pretrial conditions of release be modified to remove pretrial supervision.   All other conditions shall remain in effect.

Respectfully submitted,

Dated:  November 7, 2008

/s/  Anthony  P.  Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SANDEEP SINGH

Dated:  November 7, 2008

/s/  Elana  Landau
Elana Landau,
Assistant U.S. Attorney

### ORDER

IT IS SO ORDERED. Good cause having been shown, pretrial monitoring of the Defendant, SANDEEP SINGH shall be removed from his conditions of release. All other conditions are to remain the same.

IT IS SO ORDERED.

**Dated:    December 17, 2008**                 /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE