ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SANDEEP SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-07-0139 AWI |
| Plaintiff, | STIPULATION TO TRAVEL |
| vs. | |
| SANDEEP SINGH, | |
| Defendant. | |

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED between the Defendant, SANDEEP SINGH, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Elana Landau, that the Court allow the Defendant to travel to India to tend to family business from January 5, 2009 to February 6, 2009.

Respectfully submitted,

Dated:  December 22, 2008

         /s/  Anthony  P.  Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SANDEEP SINGH

Dated:  December 22, 2008

         /s/  Elana  Landau
Elana Landau,
Assistant U.S. Attorney

## ORDER

Good cause having been shown, it is hereby ordered that the Defendant, SANDEEP SINGH be allowed to leave the Eastern District of California to travel to India from January 5, 2009 to February 6, 2009 to tend to family business.

IT IS SO ORDERED.

**Dated:    December 22, 2008**          **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE