```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MARLON COBAR
    Federal Courthouse
 3  2500 Tulare St., Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
 5
 6            IN THE UNITED STATES DISTRICT COURT FOR THE
 7                   EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA, )   Case No. 1:07-cr-139 AWI
                              )
10            Plaintiff,      )   STIPULATION TO CONTINUE
                              )   SENTENCING DATE
11        v.                  )
                              )
12  SANDEEP SINGH,            )   DATE: June 29, 2009
                              )   TIME: 9:00 a.m.
13            Defendant.      )   PLACE:  Courtroom 2
                              )   Honorable Anthony W. Ishii
14  _____ )
15
16       IT IS HEREBY STIPULATED by and between the parties hereto
17  and through their attorneys of record that the sentencing hearing
18  presently scheduled before the Honorable Anthony W. Ishii for
19  June 1, 2009 at 9:00 a.m. be continued to June 29, 2009 at 9:00
20  a.m.
21       IT IS SO STIPULATED:
22
    Dated: April 17, 2009              LAWRENCE G. BROWN
23                                     Acting United States Attorney
24                                      /s/ Marlon Cobar
                                    By: MARLON COBAR
25                                     Assistant U.S. Attorney
26
    Dated: April 17, 2009               /s/ Anthony P. Capozzi
27                                     ANTHONY P. CAPOZZI
                                       Attorney for Defendant
28                                     SANDEEP SINGH
```

```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MARLON COBAR
   Federal Courthouse
3  2500 Tulare St., Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
6              IN THE UNITED STATES DISTRICT COURT FOR THE
7                    EASTERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA, )    Case No. 1:07-cr-139 AWI
                             )
10              Plaintiff,   )    STIPULATION TO CONTINUE
                             )    SENTENCING DATE
11         v.                )
                             )
12 SANDEEP SINGH,            )    DATE: June 29, 2009
                             )    TIME: 9:00 a.m.
13              Defendant.   )    PLACE: Courtroom 2
                             )    Honorable Anthony W. Ishii
14 _____ )
```

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing hearing currently set for June 1, 2009 be continued to June 29, 2009 at 9:00 a.m. to be heard before the Honorable Anthony W. Ishii, Courtroom 2.

IT IS SO ORDERED.

**Dated:   April 17, 2009**           /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE