1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
6  SANDEEP SINGH

7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA, FRESNO
10
                                    * * * * *
11
12 UNITED STATES OF AMERICA,            ) Case No.: CR-F-07-0139 AWI
                                        )
13         Plaintiff,                   )
                                        ) REQUEST TO SEAL DOCUMENT AND
14    vs.                               ) ORDER
                                        )
15                                      )
   SANDEEP SINGH,                       )
16                                      )
                                        )
17         Defendant.                   )
                                        )
18

19     Defendant, SANDEEP SINGH, by and through his attorney, ANTHONY P. CAPOZZI, files
20 this request to seal pursuant to Local Rule 3-141.  The original document has been submitted to the
21 Honorable Judge Ishii for sealing approval on this date.
22     The undersigned counsel respectfully prays for such Order as this Court deems just and
23 proper.
24 Dated:  August 25, 2009

25                                          /s/ Anthony P. Capozzi
                                           Anthony P. Capozzi,
26                                         Attorney for Defendant,
                                           SANDEEP SINGH
27
28

## **ORDER**

**IT IS SO ORDERED**: Good cause having been shown, it his hereby ordered that the document submitted by Defendant, SANDEEP SINGH on August 25, 2009, shall be sealed by the court.

IT IS SO ORDERED.

Dated:   August 28, 2009           /s/ Anthony W. Ishii
                         CHIEF UNITED STATES DISTRICT JUDGE