ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SANDEEP SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-07-0139 AWI |
| Plaintiff, | REQUEST TO EXONERATE BOND |
| vs. | |
| SANDEEP SINGH, | |
| Defendant. | |

    Defendant, SANDEEP SINGH, by and through his attorney of record, Anthony P. Capozzi, hereby requests that the Property Bond in the amount of $50,000.00 (Docket #5) posted as collateral in the above referenced matter be exonerated and the deed returned to Rajdeep Kaur:

    1.    Rajdeep Kaur, A married woman as her sole and separate property
          1784 N. Barcus
          Fresno, CA  93722
          Tax parcel # 312-744-26

          Deed No. 2007-0103079

          Receipt No. 100-205059

/ / /

/ / /

/ / /

This request is based upon the fact that the case is completed in the above entitled matter and SANDEEP SINGH was sentenced on this date.

                                                      Respectfully submitted,

Dated: August 31, 2009

                                        /s/ Anthony P. Capozzi
                                        Anthony P. Capozzi,
                                        Attorney for Defendant,
                                        SANDEEP SINGH

## **ORDER**

IT IS HEREBY ORDERED that the bond posted in the above entitled matter be exonerated.

IT IS SO ORDERED.

**Dated:   October 27, 2009**          /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE